IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARTLEY LALONDE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 16-1586 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Robert C. Mitchell |
| BANK OF AMERICA, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

This case was referred to United States Magistrate Judge Robert C. Mitchell for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On December 15, 2016, the Magistrate Judge issued a Report (Doc. 10) recommending that Defendant's Motion to Dismiss for Failure to State a Claim (Doc. 6) be granted. Service of the Report and Recommendation was made on Plaintiff, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

Defendant Bank of America, N.A.'s Motion to Dismiss (Doc. 6) is GRANTED. The Magistrate Judge's Report and Recommendation dated December 15, 2016 (Doc. 10), hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


January 11, 2017                                       s/Cathy Bissoon
                                                       Cathy Bissoon
                                                       United States District Judge

cc (via ECF email notification):

All counsel of record

cc (via First-Class U.S. Mail):

BARTLEY LALONDE
228 East Main Street
Apt. # 4
Evans City, PA 16033